**Orator Frank WOODWARD, Appellant, v. Mary Trask WOODWARD, Appellee.**

No. 287, Docket 20659.

Circuit Court of Appeals, Second Circuit.

July 1, 1947.

George J. Skivington, of Rochester, N. Y., for appellant.

Paul W. Williams and Robert M. Bozeman, both of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Esenwein v. Esenwein, 325 U.S. 279, 65 S.Ct. 1118, 89 L. Ed. 1608, 157 A.L.R. 1396; Estin v. Estin, 296 N.Y. 308, 73 N.E.2d 113; and Bassett v. Bassett, 9 Cir., 141 F.2d 954.